UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DEBBY MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 09-cv-01155<br><br>**CERTIFICATION OF MICHAEL<br>SEPANSKI IN SUPPORT OF<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT**<br><br>**FILED ELECTRONICALLY** |

1.      My name is Michael Sepanski. I am over the age of 18 and am fully competent to make this certification. The facts contained within the certification are within my personal knowledge and are true and correct.

2.      I have been employed by American General Life Companies for 14 years. My current position is American General Life Insurance Company's ("American General") Vice President for Customer Service. In my capacity as Vice President for Customer Service, I have

1

960772.3

managerial responsibility for American General Life Insurance Company's reinstatement department. From my years working at American General, I am familiar with the record keeping procedures employed by the company.

3.    The policy in this case insuring the life of Jorge Mendez was only reinstated only after written application, production of evidence of insurability satisfactory to the Company's underwriters, and the payment of all premiums in arrears.

4.    American General maintains records in a system called Automated Work Distribution or AWD.   Once scanned into the AWD system, the documents cannot be altered and are available for viewing by those individuals in the company with permission to view the document.

5.    The documents attached to this certification as Exhibits A, B, and C are maintained in the AWD system. Each exhibit was made at or near the time reflected by, or from information transmitted by, a person with knowledge.  Each of the exhibits was kept in the course of American General's regularly conducted business activity.  It is American General's regular practice of its business to make the records attached to this certification.

6.    Exhibit A is a true and correct copy of correspondence addressed to Jorge Mendez dated May 2, 2007 that was sent by the

2

960772.3

reinstatement department on or about May 2, 2007. Accompanying the letter was a complete copy of the reinstatement application as reflected by the letter.

7.     Exhibit B is a true and correct copy of correspondence received by American General on May 8, 2007 that attached a part of the reinstatement application.

8.     Exhibit C is a true copy of a correspondence sent by certified mail to American General and which was received on May 18, 2007, a Friday. The first and second pages are a check in the amount of $1,408.39 made payable to "American General Life Ins." The payor is listed as "A Ace Painting, Inc.;" the memorandum line references "Jorge Mendez YM00399650," Mr. Mendez's policy number; and the signature reads Debby Mendez. The third page is a copy of a May 10, 2007 letter sent to Mr. Mendez asking for payment of the premiums and informing him that the reinstatement could not be completed until receipt of the premiums. The last page shows the receipt date of May 18, 2007, the certified mail tracking number, and the routing of the correspondence.

9.     The funds represented by the check referenced in paragraph 8 were available to be applied to Policy YM00399650 on May 24, 2007 and the reinstatement was completed that day."

960772.3

I certify under penalty of perjury that the foregoing is true and

correct. Executed at Springfield, Illinois on ___/___MArcH_____, 2010.

_____
Michael Sepanski

4

# EXHIBIT A

491842.1



Insurance Service Center for:

American General Life
Insurance Company

May 02, 2007

JORGE MENDEZ
42 MAPLE STREET
CHATHAM NJ 07928-1933

Contract Number:     YM00399650
Insured:             JORGE MENDEZ
Contract Owner:      JORGE MENDEZ

Dear JORGE MENDEZ :

We received your request to change or reinstate the above contract.

We are unable to complete your request until such time as the item(s) below have been resolved:

- Question # 4 on  Page 2, Section II – B - must be answered.
- Please use ink then initial and date your changes.

We appreciate the confidence you have shown in us and we thank you for your business.  If you have
any questions, please contact our Customer Service Center.

Sincerely,

CUSTOMER SERVICE CENTER

TAK

Application Enclosed

2097

American General Life Insurance Company
Member of American International Group, Inc.
Service Center ▪ P.O. Box 4373 ▪ Houston, TX 77210-4373 ▪ 1.800.487.5439 ▪ Fax 713.831.3028

AGL

*Ex. A*

AGLIC 000118

# EXHIBIT B

491842.1

MAY/08/2007/TUE 10:34 AM   FINANCIAL GROUP          FAX No. 9738127768              P. 001

## ~Fax Transmission

### PGA Financial Group

1680 Route 23 North, Suite 310
Wayne, NJ 07470
Phone: 973.812.7788   Fax: 973.812.7768

**From:** Victoria Orofino

Date: May 8, 2007

**To: Customer Service**
Fax # 713-831-3028
Number of Pages (including cover page): 4

**RE: Mendez / YM00399650**

**To Whom It May Concern:**

To follow please find the information you requested to re-instate this policy.  Please process accordingly, thanks

Please feel free to call with any questions.

Sincerely,

Victoria Orofino
Assistant Director, Regional Marketing

Ex. B

MAY/08/2007/TUE 10:34 AM   FINANCIAL GROUP        FAX No. 9738127768           P. 002

May 07 2007 15:28     INSURANCE PLANNING CONSUL   19739949264              P-2

   : Service Cntr    5/7/07 9:32    PAGE  2/2   RightFax

**AIG  AMERICAN GENERAL**

Insurance Service Center Inc

American General Life
Insurance Company

May 02, 2007

JORGE MENDEZ
42 MAPLE STREET
CHATHAM NJ 07928-1933

Contract Number:    YM00399650
Insured:            JORGE MENDEZ
Contract Owner:     JORGE MENDEZ

Dear JORGE MENDEZ :

We received your request to change or reinstate the above contract.

We are unable to complete your request until such time as the item(s) below have been resolved:

• Question # 4 on Page 2, Section II – B – must be answered.
• Please use ink then initial and date your changes.

We appreciate the confidence you have shown in us and we thank you for your business. If you have any questions, please contact our Customer Service Center.

Sincerely,

CUSTOMER SERVICE CENTER

TAK

Application Enclosed

2097                                                                    AGL

American General Life Insurance Company
Member of American International Group, Inc.
Service Center ● P.O. Box 4373 ● Houston, TX 77210-4373 ● 1.800.487.3433 ● Fax 713.831.3028

MAY/08/2007/TUE 10:34 AM   FINANCIAL GROUP          FAX No. 9738127768          P. 003

May 07 2007 15:18    INSURANCE PLANNING CONSUL  19738949264          P.2

APR/26/2007/THU 03:11 PM   FINANCIAL GROUP          FAX No. 9738127768          P. 002

Apr 26 2007 13:30    INSURANCE PLANNING CONSUL  19738849264          P.3

Apr 17 2007 13:07    INSURANCE PLANNING CONSUL  19738949264          P.2

04/27/2007 14:46 0695159 5236

**AIG   AMERICAN GENERAL**

Reinstatement or Reduction of
Premium Rate Application For Life Insurance
New Jersey Version

American General Life Insurance Company, Houston, TX
The United States Life Insurance Company in the City of New York, New York, NY (New-NY residents)

P.O. Box 4373, Houston, TX 77210-4373

Policy Number: YM 00391650    Insured Name: Jorge Mendez

Reinstatement or ☐ Reduction of Premium Rate

Name: Jorge Mendez

Social Security #: ___    Sex ☑ M ☐ F

Birthplace (state, country): Buenos Aires, Argentina    Date of Birth: ___    Age: 52

Address: P. Box 129  42 Hopkins    City, State: Clifton, NJ  Zip: 07522

Home Phone: (973) 635-1259    Work Phone: (973) 635-5553

Email address: N/A

Employer: A & CS PRINTING, Inc    Occupation: Porteler

Length of Employment: 2 yrs    Duties: Porteler

Personal Income $: 165,000    Household Income $: 257,000    Net Worth $: 90,000

MAY/08/2007/TUE 10:35 AM   FINANCIAL GROUP         FAX No. 9738127768          P. 004

May 07 2007 15:18   INSURANCE PLANNING CONSUL   19739949284              P.3

APR/26/2007/THU 03:11 PM   FINANCIAL GROUP        FAX No. 9738127768        P. 003

Apr 26 2007 13:30   INSURANCE PLANNING CONSUL   19739949284          P.4

Apr 17 2007 13:07   INSURANCE PLANNING CONSUL   19739949284          P.3



D. CHILD INFORMATION ...

Cassanda Mendes   □ M □ F    Sparta, NJ   USA     2/20/89

E. BILLING ...

SECTION 2:

1. Tobacco Use: ...    10/05

4. Driver's License No.: ___25 134061885... ___ State: New Jersey

1. Height: 5 ft. 4 in.   2. Weight: 171 lbs.   ...   908 213-960...

Dr. Ditchman   St. Mary's
Berkeley Hts. ...
2/8/06   physical / no findings
all normal   JM  5/1/06

YM00399650

04/27/2007 14:06 0665159 5237

# EXHIBIT C

491842.1

**A ACE PAINTING, INC.**
42 MAPLE ST.
CHATHAM, NJ 07928

10342

DATE 5/14/07

55-7231/2212

PAY TO THE ORDER OF American General Life Ins $ 1408.39/100

Fourteen hundred eight + 39/100 _____ DOLLARS

**HUDSON CITY**
SAVINGS BANK
340 Main St.
Madison, NJ 07940

FOR Jorge mendez YM00399650

Debby Mendez

⑈010342⑈ ⑈    0654 5⑈

Ex. C

FOR DEPOSIT ONLY
( ) AMERICAN GENERAL LIFE
( ) AI LIFE ASSUR. INS. CO.
( ) AIG LIFE INS. CO.
( ) AIG PUERTO RICO
( ) DELAWARE AMERICAN
( ) PACIFIC UNION
( ) UNITED STATES LIFE, NY

**AIG  AMERICAN GENERAL**

*Insurance Service Center for:*

American General Life
Insurance Company

May 10, 2007

JORGE MENDEZ
42 MAPLE ST
CHATHAM NJ 07928-1933

| | |
|---|---|
| Contract Number: | YM00399650 |
| Insured: | JORGE MENDEZ |
| Contract Owner: | JORGE MENDEZ |

Dear JORGE MENDEZ:

Thank you for your recent Policy Change Application. Our Underwriting Department has approved your application. Unfortunately, we are unable to complete the process. Please remit an additional $1,408.39 which will pay premiums to August 06, 2007. Return your check to our Service Center in the enclosed envelope before May 25, 2007. Once all requirements have been received, your application will be processed. If no response is received, your case will be closed and we will promptly refund any monies due under separate cover.

If you would like to have the policy placed on a Bank Draft Arrangement, an authorization is required to establish an electronic premium withdrawal from your bank account. An EFT form is being sent to you under separate cover.

We appreciate the confidence you have shown in us and we thank you for your business. If you have any questions or need additional assistance, please contact your servicing agent or our Customer Service Center.

Thank You.

CUSTOMER SERVICE CENTER

cc:      97067
         0FF84

23Q7                                                                                    AGL

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX 77210-4373 • 1.800.487.5433 • Fax 713.831.3028

05/18/2007 15:19 0019220 7189

FLR: 2ND   MSC: B-F4
POS



FROM:
CARR:    USPS
TRK#:    70070220800374860518
RCVD:    5/18/07      08:46

TO:   POS
PH:   2458
MSC:  B-F4
PCS:  1

