UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBBY MENDEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | : Civil Action No. 09-cv-01155<br>:<br>:<br>: **CERTIFICATION OF SERVICE**<br>:<br>: **FILED ELECTRONICALLY** |

　　　　　I hereby certify that on this date I caused to be served the following papers:

(1)　Notice of Motion by Defendant for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

(2)　Brief of American General Life Insurance Company in Support of Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

(3)　Defendant's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 in Support of Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

976986.1

(4)   Joint Stipulation of Facts (with exhibits);

(5)   Certification of Michael Sepanski in Support of Defendant's Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

(6)   Certification of Kevin C. Donovan in Support of Defendant's Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

(7)   Supplemental Certification of Kevin C. Donovan in Support of Defendant's Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims;

(8)   proposed form of Order; and this

(9)   Certification of Service

upon:

> Francis X. Garrity, Esq.
> Garrity, Graham, Murphy, Garofalo & Flinn
> One Lackawanna Plaza
> Post Office Box 4205
> Montclair, New Jersey 07042-8205
> Attorneys for Plaintiff

by electronic mail and by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2010.

_____
KEVIN C. DONOVAN