UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBBY MENDEZ, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 09-cv-01155 <br><br> **CERTIFICATION OF SERVICE** <br><br> **FILED ELECTRONICALLY** |

I hereby certify that on this date I caused to be served the following papers:

(1) Reply Brief of American General Life Insurance Company in Support of Motion for Summary Judgment Dismissing the Complaint and for Entry of Judgment on its Counterclaims; and

(2) Certification of Service

upon:

Francis X. Garrity, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ  07936
Attorneys for Plaintiff

977155.1

by electronic mail and by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2010.

_____
KEVIN C. DONOVAN