GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
**A Professional Corporation**
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ 07936
Telephone: 973-509-7500
Attorneys for Plaintiff, Debby Mendez
Our File No. 990.22450

| | |
|---|---|
| DEBBY MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No: 09-cv-1155<br><br>**PLAINTIFF DEBBY MENDEZ's<br>NOTICE OF MOTION FOR<br>SUMMARY JUDGMENT PURSUANT<br>TO F.R.C.P. 56(a)** |

TO:
Kevin C. Donovan, Esq.
Wilson, Elser, Moskovitz, Edelman & Dicker LLP
33 Washington Street
Newark, New Jersey 07102-3017
Attorneys for Defendant American General Life Insurance Company

SIR:

**PLEASE TAKE NOTICE** that upon the annexed Local Rule 56.1 Statement of Undisputed Facts, attached Brief, and proposed form of Order, Plaintiff Debby Mendez shall move before the Honorable William J. Martini, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting summary judgment to Debby Mendez, and awarding her the full proceeds of the American General Life Insurance Policy YM00399650, plus interest.

　　Plaintiff Debby Mendez also requests that the Court award any other relief to her that the Court deems equitable and proper.

ORAL ARGUMENT IS REQUESTED.

                **GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN**
                Attorneys for Plaintiff Debby Mendez

                By: _____
                          Naveen M. Nadipuram, Esq.

Date: May 19, 2010