GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
**A Professional Corporation**
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ 07936
Telephone: 973-509-7500
Attorneys for Plaintiff, Debby Mendez
Our File No. 990.22450

| | |
|---|---|
| DEBBY MENDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No: 09-cv-1155<br><br>**ORDER FOR JUDGMENT** |

**THIS COURT** having reviewed the papers submitted in connection with this motion, and having heard the arguments of counsel, and for good cause shown,

IT IS on this _____ day of _____, 2010, HEREBY ORDERED and AJUDGED:

1. Summary judgment is granted to Plaintiff Debby Mendez;

2. One Million Two Hundred Thousand Dollars ($1,200,000.00), plus $_____ in interest, from the American General Life Insurance Policy No. YM00399650, are to be paid to Plaintiff Debby Mendez.

3. A copy of this Order shall be served upon counsel for all parties within _____ days hereof.

_____
William J. Martini, U.S.D.J.