UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEBBY MENDEZ,**<br><br>    Plaintiff,<br><br>v.<br><br>**AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>    Defendant. | Civil Action Number: 2:09-1155<br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

ORDER

For the reasons elaborated in the memorandum opinion filed contemporaneously with this Order,

**IT IS** on this 29th day of November, 2010;

**ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**;

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** (the contract is declared void ab initio and rescinded), but summary judgment is **DENIED** in regard to Defendant's claim for damages for purported fraud; and,

**ORDERED** that Defendant is directed to pay (with interest) the estate of Jorge Mendez all premiums paid since the purported reinstatement.

This terminates this action.

s/ William J. Martini<br>
**William J. Martini, U.S.D.J.**