GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
A Professional Corporation
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, New Jersey 07936
973-509-7500
Attorneys for Plaintiff Debby Mendez
990.22450FXG

| | |
|---|---|
| DEBBY MENDEZ,<br><br>        Plaintiff,<br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION No. 2:09-cv-1155<br><br>NOTICE OF APPEAL |

**TO:**

Kevin C. Donovan, Esq.
Wilson, Elser, Moskovitz, Edelman & Dicker LLP
33 Washington Street
Newark, New Jersey 07102-3017
Attorneys for Defendant American General Life Insurance Company

**PLEASE TAKE NOTICE** that plaintiff, Debby Mendez, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of the District Court (Hon. William J. Martini), which denied summary judgment to plaintiff Debby Mendez, and granted summary judgment in favor of defendant American General Life Insurance Company, dated November 29, 2010 and filed on November 29, 2010.

                                           **GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN**
                                           Attorneys for Plaintiff Debby Mendez
                                           By: /s/ Francis X. Garrity
                                                 Francis X. Garrity, Esq.

Dated:  November 29, 2010